UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY E. PERMENTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 7:07-cv-00999-SLB-HGD |
| | ) | |
| CHERYL PRICE, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 15, 2008, recommending that the plaintiff's federal law claims be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and that the plaintiff's state law claims be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections to the report and recommendation on February 29, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the plaintiff's

federal law claims are due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Additionally, the plaintiff's state law claims are due to be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3)).  A Final Judgment will be entered contemporaneously herewith.

    DATED this 20th day of June, 2008.

                                                    *Sharon Lovelace Blackburn*
                                                    SHARON LOVELACE BLACKBURN
                                                    CHIEF UNITED STATES DISTRICT JUDGE